## Benjamin HAMMOND, Plaintiff–Appellant,

v.

Paul WOODRUFF, Officer; Greg Harris, Officer; Chris Burnett, Officer; Sam Martin, Officer; The Fourteenth Judicial Drug Task Force of Arkansas, Defendants–Appellees.

No. 03–3483.

United States Court of Appeals, Eighth Circuit.

Submitted: July 22, 2004.

Decided: July 29, 2004.

Benjamin Hammond, Harrison, AR, pro se.

Jeannette Denham, David Clifford Sward, North Little Rock, AR, Jill Jones Moore, Michael R. Rainwater, J. Stephen Holt, Bob Sexton, Jason E. Owens, Duncan & Rainwater, Little Rock, AR, for Defendants–Appellees.

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

PER CURIAM.

This matter comes before the court based upon the district court's dismissal with prejudice of Plaintiff's handwritten complaint pursuant to Federal Rule of Civil Procedure 41(b). Having carefully reviewed the record and the applicable legal authorities, we find no error in the district court's disposition of this matter. Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.